JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 10-CV-6576 MMM (RCx)<br><br>**[PROPOSED] CIVIL JUDGMENT**<br><br>Judge: Hon. Margaret M. Morrow |

Defendants having moved to dismiss plaintiffs' complaint, and the Court, on July 31, 2012, having issued an Order Granting Defendants' Motions To Dismiss; Denying Nominal Defendant American Apparel's Motion To Stay [Doc. 63, Filed 7/31/12] (the "Order"), which Order permitted plaintiffs leave to file an amended complaint by August 30, 2012, and plaintiffs, having declined to file an amended complaint and moving for entry of final judgment on August 29, 2012, from which to appeal the Order, it is hereby,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order, with no amended complaint having been filed, the motion to dismiss the consolidated derivative complaint is granted and this action is dismissed.

DATED: October 15, 2012

_____
Margaret M. Morrow
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

September 24, 2012      FARUQI & FARUQI, LLP

By: David E. Bower (119546)

LAW OFFICES OF DOUGLAS J. CAMPION
Douglas J. Campion

OFFICE OF DEBRA S. GOODMAN P.C.
Debra Goodman
*Co-Counsel for Plaintiffs*

September 24, 2012      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: Harriet S. Posner (with permission)

*Counsel for Nominal Defendant American Apparel, Inc.*

September 24, 2012      AKIN GUMP STRAUSS HAUER & FELD, LLP

By: Hyongsoon Kim (with permission)

*Counsel for Defendants Mark Samson, Keith Miller, Mark A. Thornton, Robert Greene and Allan Mayer*

September 24, 2012      O'MELVENY & MYERS LLP

By: Seth Aronson / William Pao (with permission)

*Counsel for Defendants Dov Charney and Adrian Kowalewski*

September 21, 2012      SIMPSON THACHER & BARTLETT LLP

By: Chet A. Kropenberg (with permission)

*Counsel for Defendant Neil Richardson*

2
[PROPOSED] CIVIL JUDGMENT