**FARUQI & FARUQI, LLP**
David Bower (SBN 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 10-CV-6576 MMM (RCx)<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Judge: Hon. Margaret M. Morrow<br>Date: N/A<br>Time: N/A<br>Ctrm: 78 |

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Andrew Smukler and Plaintiff Nikolai Girgoriev (collectively "Plaintiffs") in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 15 day of October, 2012, dismissing Plaintiffs' consolidated shareholder derivative action (Docket No. 66), including the Order Granting Defendants' Motion to Dismiss, dated July 31, 2012 (Docket No. 63).

November 12, 2012

**FARUQI & FARUQI, LLP**

By: David E. Bower (119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Phone: (424) 256-2884
Fax: (424) 256-2885
Email: dbower@faruqilaw.com

-and-
Nadeem Faruqi
Beth A. Keller
369 Lexington Avenue, Tenth Floor
New York, NY 10017-6531
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: nfaruqi@faruqilaw.com
bkeller@faruqilaw.com

**LAW OFFICES OF DOUGLAS J. CAMPION**
Douglas J. Campion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034
Email: doug@djcampion.com
*Co-Lead Counsel for Plaintiffs*

**OFFICE OF DEBRA S. GOODMAN P.C.**
Debra Goodman
1301 Skippack Pike, Suite 7A #133
Blue Bell, PA 19422
Telephone: (610) 277-6057
Facsimile: (484) 231-1922
Email: dg@dgsgoodmanlaw.com

*Counsel for Plaintiff Andrew Smukler*

NOTICE OF APPEAL

# **REPRESENTATION STATEMENT**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| David E. Bower<br>FARUQI & FARUQI, LLP<br>10866 Wilshire Boulevard, Ste. 1470<br>Los Angeles, CA 90024<br>Telephone: (424) 256-2884<br>Facsimile: (424) 256-2885<br>dbower@faruqilaw.com<br><br>Nadeem Faruqi<br>Beth A. Keller<br>FARUQI & FARUQI, LLP<br>369 Lexington Avenue, 10th Fl.<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>nfaruqi@faruqilaw.com<br>bkeller@faruqilaw.com<br><br>Douglas J. Campion<br>LAW OFFICES OF DOUGLAS J. CAMPION<br>409 Camino Del Rio South, Ste. 303<br>San Diego, CA 92108<br>Telephone: (619) 299-2091<br>Facsimile: (619) 858-0034<br>doug@djcampion.com<br><br>*Co-Lead Counsel for Plaintiffs Andrew Smukler and Nikolai Girgoriev*<br><br>Debra Goodman<br>OFFICE OF DEBRA S. GOODMAN P.C.<br>1301 Skippack Pike, Ste. 7A #133 | Seth Aronson<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>saronson@omm.com<br><br>*Counsel for Defendants Dov Charney and Adrian Kowalewski*<br><br>Chet A. Kronenberg<br>Michael G. Freedman<br>SIMPSON THACHER & BARTLETT LLP<br>1999 Avenue of the Stars, 29th Fl.<br>Los Angeles, CA 90067<br>Telephone: (310) 407-7500<br>Facsimile: (310) 407-7502<br>ckronenberg@stblaw.com<br>mfreedman@stblaw.com<br><br>*Counsel for Defendant Neil Richardson*<br><br>Hyongsoon Kim<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Ste. 2400<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1000<br>Facsimile: (310) 229-1001<br>kimh@akingump.com<br><br>Douglas B. Maynard |

| | |
|---|---|
| Blue Bell, PA 19422<br>Telephone: (610) 277-6057<br>Facsimile: (484) 231-1922<br>dg@dgsgoodmanlaw.com<br><br>*Counsel for Plaintiff Andrew Smukler*<br><br>**COURT OF APPEALS CLERK**<br><br>Molly C. Dwyer<br>The Richard H. Chambers Courthouse<br>125 South Grand Avenue<br>Pasadena, CA 91105<br>Telephone: (626) 229-7250<br><br>*Clerk of Ninth Circuit Court of Appeals, United States Courts* | Jamison A. Diehl<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>dmaynard@akingump.com<br>jdiehl@akingump.com<br><br>*Counsel for Defendants Robert Greene, Allan Mayer, Keith Miller, Mark Samson and Mark Thornton*<br><br>Harriet S. Posner<br>Peter B. Morrison<br>Allison B. Holcombe<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>harriet.posner@skadden.com<br>peter.morrison@skadden.com<br>allison.holcombe@skadden.com<br><br>*Counsel for Nominal Defendant American Apparel, Inc.* |

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in Los Angeles, CA, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 10866 Wilshire Boulevard, Suite 1470, Los Angeles, CA 90024.

2. Declarant hereby certifies that on November 12, 2012, declarant served PLAINTIFFS' NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT by electronically filing the foregoing document listed above by using the Case Management/Electronic Case Filing system.

3. Declarant further certifies:

[X] All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

[ ] Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants as addressed and listed in the Service List.

4. That there is regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury pursuant to the laws of the State of California and the laws of the United States of America, that the foregoing is true and correct. Executed on this 12th day of November 2012, in Los Angeles, CA.

DAVID E. BOWER