**FILED**

UNITED STATES COURT OF APPEALS

DEC 06 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NIKOLAI GRIGORIEV and ANDREW SMUKLER, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DON CHARNEY; et al., <br><br> Defendants - Appellees. | No. 12-57055 <br><br> D.C. No. 2:10-cv-06576-MMM-JCG <br> Central District of California, Los Angeles <br><br> ORDER |

This appeal has been held in abeyance pending bankruptcy developments. Accordingly, the appeal is closed for administrative purposes.

This administrative closure is not a decision on the merits and is not an appealable final order. No mandate will issue in connection with this administrative closure.

Any party may request that this court reopen this appeal at any time before December 6, 2018. If no request to reopen is filed and served on or before December 6, 2018, the appeal will be deemed dismissed with prejudice and the mandate will issue.

SL/Mediation

Any objection to this order must be filed within 14 days of the date of this order.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation

SL/Mediation