FILED

DEC 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NIKOLAI GRIGORIEV and ANDREW SMUKLER,

        Plaintiffs - Appellants,

PETER KRAVITZ, trustee of the AAI Litigation Trust,

        Movant - Appellant,

 v.

DON CHARNEY; et al.,

        Defendants - Appellees.

No. 12-57055

D.C. No. 2:10-cv-06576-MMM-JCG
U.S. District Court for Central California, Los Angeles

**ORDER**

    A review of the docket demonstrates that counsel has failed to respond to the November 7, 2018 order of this court.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellants is directed to notify his/her client immediately in writing regarding this dismissal.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7